```
MINUTE ENTRY
FALLON, J.
FEBRUARY 3, 2022

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NO.  21-155

RAYNEL LEWIS                            SECTION: L (5)

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Sandy Minutillo

Appearances: AUSA Chandra Menon, for the government
             Clarence Roby, Jr., Esq., for defendant
             Probation Officer
```
---

REARRAIGNMENT AS TO COUNT FIVE OF THE INDICTMENT was held:

Defendant was present
Defendant is present to withdraw former plea of not guilty and enter a plea of guilty.
Reading of the Indictment is waived.
The defendant is sworn and questioned by the Court.
The defendant is read a summary of the charges and is informed of the maximum penalties.
The defendant enters a guilty plea.
The terms of a plea agreement are disclosed to the Court and a letter of same is filed into the record.
The signed factual basis is filed into the record.
The defendant is adjudged guilty on the plea.
The Court orders a Pre-Sentence Investigation Report.
Sentencing is set for Thursday, May 12, 2022, at 2:00pm.
The defendant is released on present bond.


JS-10:   :09