```
MINUTE ENTRY
FALLON, J.
MAY 12, 2022
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO.  21-155 |
| RAYNEL LEWIS | SECTION:  L (5) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Sandy Minutillo

Appearances: AUSA Matthew Payne for Chandra Menon for government
             Clarence Roby, Esq. for the defendant
             Probation Officer

---

SENTENCING AS TO COUNT FIVE OF THE INDICTMENT:

Defendant is present.

There were no objections to the PSR by the either the defendant or the government.

Sentence: See Judgment in a Criminal Case.

```
JS-10:   :04
```